**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 96-6114**

ERIC ERWIN COLLIER,

Plaintiff - Appellant,

versus

FRANKLIN FREEMAN,

Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  W. Earl Britt, District Judge.  (CA-95-381-5-BR)

Submitted:  May 16, 1996                    Decided:  June 5, 1996

Before RUSSELL, LUTTIG, and WILLIAMS, Circuit Judges.

Affirmed in part and dismissed in part by unpublished per curiam opinion.

Eric Erwin Collier, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his motion to amend his complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. To the extent that Appellant seeks review of the district court's prior order dismissing his complaint, such appeal is untimely under Fed. R. App. P. 4(a)(1), and this court lacks jurisdiction to consider it. See Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978). We therefore dismiss this portion of the appeal. Collier v. Freeman, No. CA-95-381-5-BR (E.D.N.C. Nov. 28, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED IN PART; DISMISSED IN PART

2